FILED
FEB 14 2008
RICHARD W. WEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RANDY E. PERKINS,

    Plaintiff,

vs.

JAMES A. YATES, Warden,

    Defendant.

CASE NO. CV 08 0950 CRB (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS



I, RANDY E. PERKINS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A   Net: N/A

Employer: N/A

N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____"NO"_____
5  _____N/A_____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes ___ No _X_
10         self employment
11    b.   Income from stocks, bonds,             Yes ___ No _X_
12         or royalties?
13    c.   Rent payments?                         Yes ___ No _X_
14    d.   Pensions, annuities, or                Yes ___ No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,     Yes ___ No _X_
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____NO_____
23  3.   Are you married?                          Yes ___ No _X_
24  Spouse's Full Name: _____NO_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____ Net $____0____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.   List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____NO_____
6  _____N/A_____
7  5.   Do you own or are you buying a home?    Yes ____ No _X_
8  Estimated Market Value: $ __-0-__   Amount of Mortgage: $ __-0-__
9  6.   Do you own an automobile?    Yes ____ No _X_
10 Make __N/A__   Year __-0-__   Model __-0-__
11 Is it financed? Yes ____ No _X_  If so, Total due: $ __-0-__
12 Monthly Payment: $ __-0-__
13 7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____N/A_____
15 _____N/A_____
16 Present balance(s): $ _____N/A_____
17 Do you own any cash? Yes ____ No _X_ Amount: $ __-0-__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____ No _X_
20 _____N/A_____
21 8.   What are your monthly expenses?
22 Rent: $ ____N/A____   Utilities: ____N/A____
23 Food: $ ____N/A____   Clothing: ____N/A____
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 __N/A__      $ __-0-__      $ __-0-__
27 __N/A__      $ __-0-__      $ __-0-__
28 __N/A__      $ __-0-__      $ __-0-__      9.   Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 |       NONE
4 |       N/A
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?  Yes ___ No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 |       N/A
10 |       N/A
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

Feb 6, 2008          Randy E. Perkins
DATE                SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of RANDY E. PERKINS-V70715 for the last six months at PLEASANT VALLEY STATE PRISON (PVSP)

[prisoner name]

PLEASANT VALLEY STATE PRISON    where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __∅__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__∅__.

Dated: 11/20/07

_____
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030 .701                              REPORT DATE: 11/20/07
                                                    PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       PLEASANT VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUN. 01, 2007 THRU NOV. 20, 2007

ACCOUNT NUMBER : V70775             BED/CELL NUMBER: CFB3T1000000102L
ACCOUNT NAME   : PERKINS, RANDY ERIC    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                         TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL        TOTAL         CURRENT      HOLDS      TRANSACTIONS
BALANCE      DEPOSITS     WITHDRAWALS   BALANCE      BALANCE    TO BE POSTED
---------    --------     -----------   -------      -------    ------------
  0.00         0.00          0.00         0.00         0.00          0.00


                                                     CURRENT
                                                     AVAILABLE
                                                     BALANCE
                                                     ---------
                                                       0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 11/20/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY