FILED
08 APR -1 PM 12:32

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Randy E. Perkins,
    Plaintiff,

vs.

James A. Yates, Warden,
    Defendant.

CASE NO. CV 08 0950 CRB (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Randy E. Perkins, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____   Net: ____N/A____

Employer: ____N/A____

____N/A____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ "NO" _____
5  _____ N/A _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                        Yes ___ No X
10          self employment
11     b.   Income from stocks, bonds,                     Yes ___ No X
12          or royalties?
13     c.   Rent payments?                                 Yes ___ No X
14     d.   Pensions, annuities, or                        Yes ___ No X
15          life insurance payments?
16     e.   Federal or State welfare payments,             Yes ___ No X
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/A _____
22  _____ NO _____
23  3.    Are you married?                                 Yes ___ No ___
24  Spouse's Full Name: _____ NO _____
25  Spouse's Place of Employment: _____ N/A _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ N/A _____ Net $_____ 0 _____
28  4.    a.   List amount you contribute to your spouse's support:$ _____

1   b.  List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5   _____NO_____
6   _____N/A_____
7   5.  Do you own or are you buying a home?       Yes ___ No X
8   Estimated Market Value: $____-0-____ Amount of Mortgage: $____-0-____
9   6.  Do you own an automobile?                  Yes ___ No X
10  Make __N/A__ Year __-0-__ Model __-0-__
11  Is it financed? Yes ____ No X  If so, Total due: $ ____-0-____
12  Monthly Payment: $ __-0-__
13  7.  Do you have a bank account? Yes ____ No X (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____N/A_____
15  _____N/A_____
16  Present balance(s): $ _____N/A_____
17  Do you own any cash? Yes ___ No X Amount: $ ____-0-____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No X
20  _____N/A_____
21  8.  What are your monthly expenses?
22  Rent: $ ____N/A____   Utilities: ____N/A____
23  Food: $ ____N/A____   Clothing: ____N/A____
24  Charge Accounts:
25  <u>Name of Account</u>       <u>Monthly Payment</u>          <u>Total Owed on This Acct.</u>
26  ____N/A____    $ ____-0-____    $ ____-0-____
27  ____N/A____    $ ____-0-____    $ ____-0-____
28  ____N/A____    $ ____-0-____    $ ____-0-____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____NONE_____

_____N/A_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____N/A_____

_____N/A_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-17-08                                 Randy Perkins
   DATE                              SIGNATURE OF APPLICANT

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |
| 3 | ) |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | **CERTIFICATE OF FUNDS** |
| 9 | **IN** |
| 10 | **PRISONER'S ACCOUNT** |
| 11 | |
| 12 | I certify that attached hereto is a true and correct copy of the prisoner's trust account |
| 13 | statement showing transactions of RANDY E. PERKINS V70775 for the last six months [prisoner name] |
| 14 | Pleasant Valley State Prison where (s)he is confined. [name of institution] |
| 15 | I further certify that the average deposits each month to this prisoner's account for the |
| 16 | most recent 6-month period were $ ___0___ and the average balance in the prisoner's |
| 17 | account each month for the most recent 6-month period was $___0___. |
| 18 | |
| 19 | Dated:_____     _____ |
| 20 | [Authorized officer of the institution] |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

```
REPORT ID: TS3030 .701                                              REPORT DATE: 03/25/08
                                                                    PAGE NO:           1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             PLEASANT VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 25, 2007 THRU MAR. 25, 2008

ACCOUNT NUMBER   : V70775                           BED/CELL NUMBER: CFB3T100000102L
ACCOUNT NAME     : PERKINS, RANDY ERIC              ACCOUNT TYPE:   I
PRIVILEGE GROUP: B

                              TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

BEGINNING        TOTAL           TOTAL          CURRENT         HOLDS       TRANSACTIONS
BALANCE          DEPOSITS        WITHDRAWALS    BALANCE         BALANCE     TO BE POSTED

  0.00             0.00            0.00           0.00           0.00          0.00

                                                           CURRENT
                                                          AVAILABLE
                                                           BALANCE
                                                          ---------
                                                             0.00
```

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS
BY TRUST OFFICE 3/25/08

RANDY PERKINS, V-70775
PVSP, P.O. BOX 8503
C3-102LOW
COALINGA, CA. 93210

2

BAKERSFIELD CA 933
25 MAR 2008 PM 1 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

"LET US DARE TO READ,
THINK, SPEAK AND WRITE"
John Adams
powered by believeInMe.com