IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY E. PERKINS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>JAMES A. YATES, Warden,<br><br>　　　　　Respondent. | No. C 08-0950 CRB (PR)<br><br>ORDER TO SHOW CAUSE<br><br>(Docs # 2 & 4) |

Petitioner, a state prisoner incarcerated at Pleasant Valley State Prison in Coalinga, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. He also seeks leave to proceed in forma pauperis under 28 U.S.C. § 1915.

## BACKGROUND

Petitioner was convicted by a jury in Alameda County superior court of spousal rape and penetration of spouse by a foreign object. The court found true allegations that petitioner had suffered three prior convictions and, on February 23, 2005, sentenced him to 21 years in state prison.

1  Petitioner unsuccessfully appealed his conviction to the California Court
2  of Appeal and the Supreme Court of California. He also unsuccessfully sought
3  habeas relief from the state courts until the upreme Court of California denied his
4  final state habeas petition on January 16, 2008.

## DISCUSSION

### A. Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

### B. Claims

Petitioner seeks federal habeas corpus relief on the ground that the trial court violated his Sixth Amendment right to counsel by refusing to allow him to discharge his retained attorney. Liberally construed, the claim appears cognizable under § 2254 and merits an answer from respondent. See Zichko v. Idaho, 247 F.3d 1015, 1020 (9th Cir. 2001) (federal courts must construe pro se petitions for writs of habeas corpus liberally).

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. Petitioner's request for leave to proceed in forma pauperis (docs # 2 & 4) is GRANTED.

2. The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the

2

Attorney General of the State of California. The clerk also shall serve a copy of this order on petitioner.

3.  Respondent shall file with the court and serve on petitioner, within 60 days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within 30 days of his receipt of the answer.

4.  Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within 30 days of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within 15 days of receipt of any opposition.

5.  Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel. Petitioner must also keep the court and all parties informed of any change of address.

SO ORDERED.

DATED:  June 23, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Perkins, R1.osc                    3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY E PERKINS, | Case Number: CV08-00950 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JAMES A YATES et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randy E. Perkins V-70775
Pleasant Valley State Prison
C3-102LOW
24863 W. Jayne Ave.
P.O. Box 8503
Coalinga, CA 93210-8503

State Attorney General's Office
455 Golden Gate Avenue
Ste 11000
San Francisco, CA 94102

Dated: June 23, 2008

                                                      Richard W. Wieking, Clerk
                                                      By: Barbara Espinoza, Deputy Clerk