1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARGO J. YU
   Deputy Attorney General
6  State Bar No. 105085
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5872
8   Fax: (415) 703-1234
    Email: margo.yu@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RANDY E. PERKINS,** | CV 08-0950 CRB |
| Petitioner, | **RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

Respondent respectfully requests an extension of time of 60 days be granted in which to file his answer to the Order to Show Cause in the above entitled case. This application is based upon the attached declaration of Margo J. Yu, Deputy Attorney General.

WHEREFORE, respondent respectfully requests that the time within which to file his response to the court's order be extended 60 days to and including October 21, 2008.

//

//

Respondent's Appl. For EOT To File Answer To Petition For Writ Of HC -*Perkins v. Yates* - CV 08-0950 CRB

1

1  Dated: August 20, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

7

8  /s/ Margo J. Yu

9  MARGO J. YU
   Deputy Attorney General

10 Attorneys for Respondent

11

12 MJY/cfl
   SF2008200114
   20132741.wpd

Respondent's Appl. For EOT To File Answer To Petition For Writ Of HC -*Perkins v. Yates* - CV 08-0950 CRB

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Perkins v. Yates**

No.:   **CV 08-0950 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 20, 2008, I served the attached **(1)** RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; **(2)** DECLARATION OF MARGO J. YU IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME; AND **(3)** [PROPOSED] ORDER by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Randy E. Perkins
V-70775
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA  93210-8503

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 20, 2008, at San Francisco, California.

|  |  |
|---|---|
| B. Wong | B. Wg. |
| Declarant | Signature |

20133606.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MARGO J. YU
   Deputy Attorney General
6  State Bar No. 105085
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5872
8    Fax: (415) 703-1234
     Email: margo.yu@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RANDY E. PERKINS,** | CV 08-0950 CRB |
| Petitioner, | **DECLARATION OF MARGO J. YU IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

Margo J. Yu, under penalty of perjury, declares as follows:

I am a Deputy Attorney General for the State of California assigned to prepare and file an answer to the court's order in the above-entitled case.

This Court's order to show cause was docketed in our San Francisco Office on June 30, 2008. Our reply is currently due on August 22, 2008. We have made no prior request for extension of time.

Upon receiving the order to file an answer, I contacted archives in Sacramento to retrieve the file for this case. I am waiting to receive these files. In light of the claims to which this Court

Declaration of Margo J. Yu in Support of Appl. for EOT -*Perkins v. Yates* - CV 08-0950 CRB

1

1  has requested response, it is necessary that I review the entire trial record in this case.

2  During the past 30 days, I filed five respondent's briefs. Moreover, in the coming month,
3  I must file respondent's briefs in *People v. Livesay* (H032245) and *People v. Murry* (A117950), in
4  the state Court of Appeal. Finally, I will be out of the office for about one week this month to take
5  my daughter to college.

6  Petitioner's 30 page petition presents one claim, and subissues, which need to be
7  addressed in the answer.

8  I require an additional sixty (60) days.

9  Petitioner was sentenced to prison for 21 years. As petitioner is pro se and a prison
10 inmate, I have not sought a stipulation from petitioner.

11 Executed 19th day of August, 2008 at San Francisco, California.

12
13
14                                    /s/ Margo J. Yu
15                                    _____
                                       MARGO J. YU
                                       Deputy Attorney General
16
   MJY/cfl
17 SF2008200114
   20132739.wpd
18
19
20
21
22
23
24
25
26
27
28

Declaration of Margo J. Yu in Support of Appl. for EOT -*Perkins v. Yates* - CV 08-0950 CRB

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Perkins v. Yates**

No.:   **CV 08-0950 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 20, 2008, I served the attached **(1)** RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; **(2)** DECLARATION OF MARGO J. YU IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME; AND **(3)** [PROPOSED] ORDER by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Randy E. Perkins
V-70775
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA 93210-8503

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 20, 2008, at San Francisco, California.

|  B. Wong  |  *B. W̄g.*  |
| :---: | :---: |
| Declarant | Signature |

20133606.wpd

1
2
3
4
5
6
7     IN THE UNITED STATES DISTRICT COURT
8     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9     SAN FRANCISCO DIVISION

10   **RANDY E. PERKINS,**                CV 08-0950 CRB
11                     Petitioner,        **[PROPOSED] ORDER**
12        v.
13   **JAMES A. YATES, Warden,**
14                     Respondent.

15
16
17        GOOD CAUSE appearing, it is hereby ordered that the time within which to file
18   respondent's answer to be extended sixty (60) days to and including October 21, 2008.
19
20        Dated: _____
21
22
23                                        _____
                                          CHARLES R. BREYER
                                          United States District Judge
24
25   SF2008200114
26
27
28

[Proposed] Order -*Perkins v. Yates*- CV 08-0950

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Perkins v. Yates**

No.:   **CV 08-0950 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 20, 2008, I served the attached **(1)** RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; **(2)** DECLARATION OF MARGO J. YU IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME; AND **(3)** [PROPOSED] ORDER by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Randy E. Perkins
V-70775
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA 93210-8503

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 20, 2008, at San Francisco, California.

|  B. Wong  |  *B. W̄g.*  |
|:---:|:---:|
| Declarant | Signature |

20133606.wpd