IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RANDY E. PERKINS,** | CV 08-0950 CRB |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| **v.** | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer to be extended sixty (60) days to and including October 21, 2008.

Dated: August 25, 2008



_____
CHARLES R. BREYER
United States District Judge

SF2008200114

[Proposed] Order -*Perkins v. Yates*- CV 08-0950

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDY E PERKINS,

        Plaintiff,

  v.

JAMES A YATES et al,

        Defendant.

Case Number: CV08-00950 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randy E. Perkins V-70775
Pleasant Valley State Prison
C3-102LOW
24863 W. Jayne Ave.
P.O. Box 8503
Coalinga, CA 93210-8503

Dated: August 26, 2008

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk