**FILED**

JAN - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY E. PERKINS,<br><br>                                           Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>                                           Respondent. | CV 08-0950 CRB (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer to be extended 60 days to and including February 20, 2009.

Dated: _January 06, 2009_

_____
The Honorable Charles R. Breyer

[Proposed] Order                                                                              Perkins v. Yates<br>
                                                                                           Case No. CV 08-0950 CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Perkins v. Yates**

No.:   **CV 08-0950 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 22, 2008, I served the attached **(1)** RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; **(2)** DECLARATION OF MARGO J. YU IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME; AND **(3)** [PROPOSED] ORDER by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Randy E. Perkins
V-70775
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA 93210-8503

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 22, 2008, at San Francisco, California.

|  |  |
| --- | --- |
| B. Wong | *B. W*　(signature) |
| Declarant | Signature |

20167373.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDY E PERKINS,

    Plaintiff,

v.

JAMES A YATES et al,

    Defendant.

Case Number: CV08-00950 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randy E. Perkins V-70775
Pleasant Valley State Prison
C3-102LOW
24863 W. Jayne Ave.
P.O. Box 8503
Coalinga, CA 93210-8503

Dated: January 7, 2009

Richard W. Wieking, Clerk

By: Barbara Espinoza, Deputy Clerk